UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GEORGE & COMPANY, LLC,
a New York limited liability company,

        Plaintiff,

v.

        Case No. 2:10-cv-719-FtM-29DNF

ALIBABA.COM, INC.,
a Delaware corporation,
EASTONY INDUSTRIES (NINGBO)
CO., LTD., a Chinese limited liability
company, and VARIOUS JOHN DOES,
JANE DOES, and ABC Companies,

        Defendants,
_____/

## DECLARATION OF ANNIE JIE XU IN SUPPORT OF MOTION TO DISMISS

I, Annie Jie Xu, declare as follows:

1. I am the General Manager of Alibaba.com, Inc., the named defendant in this action. I submit this declaration in support of Alibaba.com, Inc.'s Motion to Dismiss. I have personal knowledge of the facts stated below and, if called upon as a witness, could testify competently to such facts.

2. Alibaba.com, Inc. is incorporated in the state of Delaware and has its principal and only place of business at 3945 Freedom Circle, Suite 600, Santa Clara, CA 95054. Alibaba.com, Inc. does not have any offices in Florida, or other offices in the United States or abroad.

3. Alibaba.com, Inc. does not operate or design the Alibaba.com website, or exercise any control whatsoever over the content included on Alibaba.com. In fact, Alibaba.com, Inc. does not operate or design any website.

4. Alibaba.com, Inc. does not manufacture, sell or deliver any of the products displayed on Alibaba.com, nor does it own, control or take possession of them.

5. Alibaba.com, Inc. provides marketing services to Alibaba.com Hong Kong Limited. In its role as marketer, Alibaba.com, Inc. seeks to increase the visibility of Alibaba.com throughout the United States. Alibaba.com Inc. promotes the brand awareness of Alibaba.com primarily via trade show exhibition, event marketing, online display advertising, search engine marketing, affiliate marketing, email marketing, social media marketing, cross promotional business partnerships and public relations. The target audience of Alibaba.com, Inc. is small to medium size businesses throughout the entire United States. Alibaba.com, Inc. has not carried out any marketing activity that was directed into or specifically tailored for businesses in the state of Florida.

6. The only contact Alibaba.com, Inc. has had with Florida in recent years has been attendance at two nationwide industry trade shows in Orlando, Florida. Both of these trade shows took place in 2008 and were for industries unrelated to the game and toy industry. Alibaba.com, Inc. is not currently scheduled to attend any trade shows in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _Feb 28_, 2011 in _Santa Clara, CA_.

_____
Annie Jie Xu