





Welcome to Alibaba.com, Join Free | Sign In

Buy Sell Community **My Alibaba** My Favorites Help

Products **Suppliers** **Buyers**

Buy "rolex" on AliExpress.com

rolex | Select Country/Region | Wristwatches | **Search** | Advanced Search

**Your Recent Searches:** rolex, rolex watches

Home > Products > Timepieces, Jewelry, Eyewear > Watches > Wristwatches > **Search : rolex** 15 Products

**In Wristwatches** [View all categories]

| | | | | | |
|---|---|---|---|---|---|
| **Feature:** | Day/Date (12) | Chronograph (6) | Complete Calendar (12) | Auto Date (11) | More |
| **Type:** | Luxury (12) | Quartz (12) | Digital (11) | Coin (14) | More |
| **Gender:** | Men's (10) | Unisex (1) | Other (1) | | |
| **Supplier Location:** | Hong Kong (14) | China (Mainland) (1) | | | More |

View more specifications

**Notice: "rolex"** is likely a brand name and if it's the case, products of which can only be traded on Alibaba.com with proof of proper authorization. Please confirm with the supplier(s) before trading with them.

**Please try** **wirst watch** **or** **Start a New Search**

**Need Help?**
Contact Us

**Customized Sourcing**
**Get Accurate Quotes**
**from suppliers**
Post an RFQ!

Regional Specialities!
Made in Japan

Click here for detail !

**15 Results** | Buy on AliExpress.com

**Get Accurate Quotes from suppliers** Post an RFQ now>>

Online | ESCROW | Gold Supplier | Audited Supplier | Business Type

Group Products by Supplier | Page:1/1

### newest fashion trendy hand phone watch waterproof

1.newest hand phone watch waterproof
2. Japan Movt.
3.OEM logo and color is available
4.Waterproof:1-5ATM
5. pass SGS,CE,...
theme: **rolexelys** watch

**Min. Order:** 1000 Pieces **FOB Price:** US $1.5-3 / Piece

Supplier: Shenzhen Weiying Watch & Clock Gift Co., Ltd.
[ Manufacturer ]
China (Mainland)
Gold Supplier [Verified Member]

Offline | Contact Supplier

### stylish style hotsale classic watches

stylish style hotsale classic watches
1>top quality
2>factory price
3>moq=1,paypal ok
4>door to door delivery...

**Min. Order:** 1000 Pieces

Supplier: daisy fashion shop
[ Manufacturer, Trading Company ]
Hong Kong

I'm Away | Contact Supplier

### the luxury and hotsale watch

5 Similar from this Supplier

the luxury and hotsale watch
1.top quality
2.competitive price
3.shipping fast
4.original package...

**Min. Order:** 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline | Contact Supplier

### fashion brand watch,paypal

3 Similar from this Supplier

fashion brand watch,paypal
1>high quality
2>wholesale price
3>drop shipping
4>accept paypal......

**Min. Order:** 1 Piece

Supplier: made in hk rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline | Contact Supplier

### 88 the great hotsale and charming watch

5 Similar from this Supplier

88 the great hotsale and charming watch
1.shipping fast
2.accept paypal
3.good quality
4.low price...

Supplier: Good service rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline | Contact Supplier

Comments or suggestions about this page? Tell us

COMPOSITE EXHIBIT 11

**Min. Order:** 1 Piece

[the lastest watch,paypal](#) [3 Similar from this Supplier](#)

the lastest watch,paypal
1>high quality
2>wholesale price
3>drop shipping
4>accept paypal......

**Min. Order:** 1 Piece

Supplier: made in hk rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[high quality and durable watch](#) [5 Similar from this Supplier](#)

high quality and durable watch
1.shipping fast
2.accept paypal
3.good quality
4.low price...

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[the durable and hotsale watch](#) [5 Similar from this Supplier](#)

the durable and hotsale watch
1.top quality
2.competitive price
3.shipping fast
4.original package...

**Min. Order:** 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[high quality watch,paypal](#) [3 Similar from this Supplier](#)

high quality watch,paypal
1>high quality
2>wholesale price
3>drop shipping
4>accept paypal......

**Min. Order:** 1 Piece

Supplier: made in hk rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[88 the durable and popular watch](#) [5 Similar from this Supplier](#)

88 the durable and popular watch
1.shipping fast
2.accept paypal
3.good quality
4.low price...

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[the great hotsale watch 2011](#) [5 Similar from this Supplier](#)

the great hotsale watch 2011
1.top quality
2.competitive price
3.shipping fast
4.original package...

**Min. Order:** 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[high quality & durable watch](#) [5 Similar from this Supplier](#)

high quality & durable watch
1.top quality
2.competitive price
3.shipping fast
4.original package...

**Min. Order:** 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[11 the charming and fashionable watch](#)
[5 Similar from this Supplier](#)

11 the charming and fashionable watch
1.shipping fast
2.accept paypal
3.good quality
4.low price...

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

[2011 the fashionable and useful watch](#)
[5 Similar from this Supplier](#)

2011 the fashionable and useful watch
1.top quality
2.competitive price

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

**Factory Audited Suppliers**
Pre-Inspected Onsite
Audited Reports Online

**Source with Confidence**
Look for the Logo
Download Reports
Contact the Supplier
Learn More

**Browse Factory Audited Suppliers**

Email this page
Bookmark this page
Print this page
RSS Feeds
XML

Comments or suggestions about this page? [Tell us](#)

COMPOSITE EXHIBIT 11

3.shipping fast
4.original package...

**Min. Order:** 1 Piece

Offline Contact Supplier

[88 the fashionable and useful watch](#)

5 Similar from this Supplier

88 the fashionable and useful watch
1.shipping fast
2.accept paypal
3.good quality
4.low price...

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

Select to Contact Supplier

Show: 20 38 50

**Want to help us improve our services? Join the Alibaba.com Research Panel!** Join

rolex

Advanced Search

**You may also be interested in :**

kamatsu excavators | komatsu crawler | kobelco machine
japanese excavator | kobelco sk200 excavator | komatsu digger

**Timepieces, Jewelry, Eyewear Overview :**

Alibaba.com is the world's largest online B2B marketplace and the best place to source the Jewellery, Watches & Glasses you need including World Clocks, Wedding Rings, Eyeglasses, Body Piercing, Emeralds, Contact Lenses and much more! You can find a large range of jewellery including Diamond Jewellery, Gold Jewellery, and Pearl Jewellery, along with precious and semi-precious stones such as Rubies, Sapphires and Agates. Get the latest Digital Watches and Quartz Analogue Watches as well as Wall Clocks and Desk & Table Clocks. Source Eyeglass Lenses to help your customers with visual clarity and Sunglasses to protect your eyes from the glare of the sun. Alibaba.com is a fantastic resource for sourcing the Jewellery, Watches & Glasses you need.

View More Related Items

**Send me regular Product Alerts for rolex**

**Your Email:** Your email address (Your privacy is guaranteed)

Trade Alerts are FREE customized emails that deliver regular trade updates together with the latest deals on Alibaba.com direct to your inbox. View sample

**Customized Sourcing** Our Industry Sourcing Specialist help you match the right suppliers Post an RFQ now>>

Do you want to show **rolex** or other products of your own company? Display your Products FREE now!

**Company Information - Site Map - Partnerships**
Buy - Sell - My Alibaba - Community - Trade Shows - Safety & Security - Help - Contact Us

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - UK - Australia

Alibaba Group: Alibaba.com: Alibaba China - Alibaba International - AliExpress - Alibaba Japan | Taobao Marketplace | Taobao Mall | eTao | Alipay | Yahoo! China | Koubei.com | Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2011 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Comments or suggestions about this page? Tell us

COMPOSITE EXHIBIT 11

Welcome to Alibaba.com, Join Free | Sign In          Buy    Sell    Community    My Alibaba    My Favorites    Help

Products    Suppliers    Buyers                     Buy "rolex watches" on AliExpress.com

rolex watches    Select Country/Region    Wristwatches    Search    Advanced Search

Your Recent Searches:  rolex watches ,   rolex

Home >  Products >  Timepieces, Jewelry, Eyewear >  Watches >  Wristwatches >  **Search : rolex watches 16 Products**

Related Searches:   silicone watch,    led watch,    brand watches,    casio watch,    watch wrist watch       View all

In Wristwatches  [View all categories]

| Feature: | Day/Date (12) | Complete Calendar (12) | Chronograph (6) | Power Reserve (11) | More |
| Type: | Luxury (12) | Quartz (13) | Digital (11) | Coin (14) | More |
| Gender: | Men's (10) | Unisex (2) | Other (1) | | |
| Supplier Location: | Hong Kong (14) | China (Mainland) (2) | | | More |

View more specifications

**16 Results**    Buy on AliExpress.com             Get Accurate Quotes from suppliers  Post an RFQ now>>       **Need Help?**  Contact Us

☐ Online  ☐ ESCROW  ☐ Gold Supplier  ☐ Audited Supplier         Business Type

Group Products by Supplier                                          Page:1/1

### newest fashion trendy hand phone watch waterproof
1.newest hand phone watch waterproof
2. Japan Movt.
3.OEM logo and color is available
4.Waterproof:1-5ATM
5. pass SGS,CE,...
style: promotional watch

Min. Order: 1000 Pieces    FOB Price: US $1.5-3 / Piece

Supplier: Shenzhen Weiying Watch & Clock Gift Co., Ltd.
[ Manufacturer ]
China (Mainland)
Gold Supplier [Verified Member]
Offline    Contact Supplier

### OEM14-1003 automatic watch swiss cute bangle&bracelet watches
Bangle&Bracelet Style
1.We are manufacturer
2.To provide OEM/ODM service
3.Japanese Movement
4.High quality and competitive...

Min. Order: 1 Piece    FOB Price: US $1-50 / Piece

Supplier: Shenzhen Boyear Watch Co., Ltd.
[ Manufacturer ]
China (Mainland)
Gold Supplier [Verified Member]
ESCROW Buyer Protection
Offline    Contact Supplier

### stylish style hotsale classic watches
stylish style hotsale classic watches
1>top quality
2>factory price
3>moq=1,paypal ok
4>door to door delivery...
Brand Name: watches

Min. Order: 1000 Pieces

Supplier: daisy fashion shop
[ Manufacturer, Trading Company ]
Hong Kong
I'm Away    Contact Supplier

### the luxury and hotsale watch   5 Similar from this Supplier
the luxury and hotsale watch
1.top quality
2.competitive price
3.shipping fast
4.original package...
Model Number: the luxury and hotsale watch

Min. Order: 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong
Offline    Contact Supplier

### 88 the durable and popular watch
5 Similar from this Supplier
88 the durable and popular watch
1.shipping fast
2.accept paypal
3.good quality

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Comments or suggestions about this page? Tell us

**Customized Sourcing** — Get Accurate Quotes from suppliers — Post an RFQ!

**Regional Specialities! Made in Japan** — Click here for detail!

COMPOSITE EXHIBIT 11



4.low price...
Model Number: 88 the durable and popular **watch**

Offline Contact Supplier

**Min. Order:** 1 Piece

---

[high quality **watch**,paypal](#) 3 Similar from this Supplier

high quality **watch**,paypal
1>high quality
2>wholesale price
3>drop shipping
4>accept paypal......
Model Number: **watch**

**Min. Order:** 1 Piece

Supplier: made in hk rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

---

[2011 the fashionable and useful **watch**](#)
5 Similar from this Supplier

2011 the fashionable and useful **watch**
1.top quality
2.competitive price
3.shipping fast
4.original package...
Model Number: 2011 the fashionable and useful **watch**

**Min. Order:** 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

---

[high quality and durable **watch**](#) 5 Similar from this Supplier

high quality and durable **watch**
1.shipping fast
2.accept paypal
3.good quality
4.low price...
Model Number: high quality and durable **watch**

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

---

[the lastest **watch**,paypal](#) 3 Similar from this Supplier

the lastest **watch**,paypal
1>high quality
2>wholesale price
3>drop shipping
4>accept paypal......
Model Number: **watch**

**Min. Order:** 1 Piece

Supplier: made in hk rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

---

[fashion brand **watch**,paypal](#) 3 Similar from this Supplier

fashion brand **watch**,paypal
1>high quality
2>wholesale price
3>drop shipping
4>accept paypal......
Model Number: **watch**

**Min. Order:** 1 Piece

Supplier: made in hk rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

---

[the great hotsale **watch** 2011](#) 5 Similar from this Supplier

the great hotsale **watch** 2011
1.top quality
2.competitive price
3.shipping fast
4.original package...
Model Number: the great hotsale **watch** 2011

**Min. Order:** 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

---

[88 the great hotsale and charming **watch**](#)
5 Similar from this Supplier

88 the great hotsale and charming **watch**
1.shipping fast
2.accept paypal
3.good quality
4.low price...
Model Number: 88 the great hotsale and charming **watch**

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline Contact Supplier

---

[high quality & durable **watch**](#) 5 Similar from this Supplier

high quality & durable **watch**
1.top quality
2.competitive price
3.shipping fast

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

**Factory Audited Suppliers**
Pre-Inspected Onsite
Audited Reports Online

**Source with Confidence**
**Look for the Logo**
**Download Reports**
**Contact the Supplier**
Learn More

**Browse Factory Audited Suppliers**

Email this page
Bookmark this page
Print this page
RSS Feeds
XML

Comments or suggestions about this page? Tell us

COMPOSITE EXHIBIT 11



4.original package...
Model Number: high quality & durable **watch**

**Min. Order:** 1 Piece

Offline | Contact Supplier

## 11 the charming and fashionable **watch**

5 Similar from this Supplier

11 the charming and fashionable **watch**
1.shipping fast
2.accept paypal
3.good quality
4.low price...
Model Number: 11 the charming and fashionable **watch**

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline | Contact Supplier

## the durable and hotsale **watch**

5 Similar from this Supplier

the durable and hotsale **watch**
1.top quality
2.competitive price
3.shipping fast
4.original package...
Model Number: the durable and hotsale **watch**

**Min. Order:** 1 Piece

Supplier: Best price rolexedlys trade Co. Ltd.
[ Manufacturer, Trading Company ]
Hong Kong

Offline | Contact Supplier

## 88 the fashionable and useful **watch**

5 Similar from this Supplier

88 the fashionable and useful **watch**
1.shipping fast
2.accept paypal
3.good quality
4.low price...
Model Number: 88 the fashionable and useful **watch**

**Min. Order:** 1 Piece

Supplier: Good serviece rolexedly charming shop
[ Manufacturer, Trading Company ]
Hong Kong

Offline | Contact Supplier

Select to Contact Supplier

Show: 20 | 38 | 50

## Premium Related Products

Fashion Ceramic **Watch**
Gold Supplier Offline

fashion **watch**, bracelet **watch**
Gold Supplier Offline

diamonds quartz **watch**
Gold Supplier Offline

**Want to help us improve our services? Join the Alibaba.com Research Panel!** Join

rolex watches Advanced Search

**You may also be interested in :**

rolex watches prices | replica watches | rosetta stones
rayban sunglasses | **jelly watch** | **designer watches**

**Timepieces, Jewelry, Eyewear Overview :**

Alibaba.com is the world's largest online B2B marketplace and the best place to source the Jewellery, Watches & Glasses you need including World Clocks, Wedding Rings, Eyeglasses, Body Piercing, Emeralds, Contact Lenses and much more! You can find a large range of jewellery

**Company Information - Site Map - Partnerships**
Buy - Sell - My Alibaba - Community - Trade Shows - Safety & Security - Help - Contact Us

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - UK - Australia

Alibaba Group: Alibaba.com: Alibaba China - Alibaba International - AliExpress - Alibaba Japan | Taobao Marketplace | Taobao Mall | eTao | Alipay | Yahoo! China | Koubei.com | Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2011 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Comments or suggestions about this page? Tell us

COMPOSITE EXHIBIT 11

including Diamond Jewellery, Gold Jewellery, and Pearl Jewellery, along with precious and semi-precious stones such as Rubies, Sapphires and Agates. Get the latest Digital Watches and Quartz Analogue Watches as well as Wall Clocks and Desk & Table Clocks. Source Eyeglass Lenses to help your customers with visual clarity and Sunglasses to protect your eyes from the glare of the sun. Alibaba.com is a fantastic resource for sourcing the Jewellery, Watches & Glasses you need.

View More Related Items

**Send me regular Product Alerts for rolex watches**

**Your Email:**  [Your email address]          (Your privacy is guaranteed)

Trade Alerts are FREE customized emails that deliver regular trade updates together with the latest deals on Alibaba.com direct to your inbox. View sample

**Customized Sourcing** Our Industry Sourcing Specialist help you match the right suppliers Post an RFQ now>>

Do you want to show **rolex watches** or other products of your own company? Display your Products FREE now!

Comments or suggestions about this page? Tell us

COMPOSITE EXHIBIT 11